IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIEN J. CHARLES**                                                                             **PLAINTIFF**

**v.**                          **CASE NO. 4:25-cv-00955-BSM-JTK**

**DOE**                                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE